# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JUSTON AND CARA LEE                                     NO. 2024 CW 0252

VERSUS

DLK HOMES LLC AND DUSTIN L.                          **JUNE 17, 2024**
KINSEY

---

In Re:    Juston and Cara Lee, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202310308.

---

**BEFORE:    GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

   **WRIT DENIED.**

                          JMG
                          PMc
                          JEW

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
       FOR THE COURT